| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| DISTRICT OF NEVADA | |
| Case number *(if known)* _____ | Chapter  **7** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **OMEGA LANDSCAPE SOLUTIONS, LLC** | |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-1819992** | |
| 4. | Debtor's address | **Principal place of business**  **1040 MATLEY LANE #6**  **SPARKS, NV 89432**  Number, Street, City, State & ZIP Code  **Washoe**  County | **Mailing address, if different from principal place of business**  **P.O. BOX 2203**  **SPARKS, NV 89432-5000**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor **OMEGA LANDSCAPE SOLUTIONS, LLC**   Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor  **OMEGA LANDSCAPE SOLUTIONS, LLC**                                           Case number (*if known*)
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**    *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49                ☐ 1,000-5,000         ☐ 25,001-50,000
☐ 50-99               ☐ 5001-10,000         ☐ 50,001-100,000
☐ 100-199             ☐ 10,001-25,000       ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000             ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000       ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☒ $100,001 - $500,000      ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000             ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

Official Form 201              **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                 page 3

Debtor  **OMEGA LANDSCAPE SOLUTIONS, LLC**  Case number (*if known*)
Name

☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

| Debtor | OMEGA LANDSCAPE SOLUTIONS, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 17, 2023**
MM / DD / YYYY

X **/s/ RICK ALLEN CLARK**          **RICK ALLEN CLARK**
Signature of authorized representative of debtor          Printed name

Title **MANAGING MEMBER**

**18. Signature of attorney**

X **/s/ NORMA GUARIGLIA**          Date **August 17, 2023**
Signature of attorney for debtor          MM / DD / YYYY

**NORMA GUARIGLIA**
Printed name

**HARRIS LAW PRACTICE LLC**
Firm name

**850 E. PATRIOT BLVD.**
**SUITE F**
**Reno, NV 89511**
Number, Street, City, State & ZIP Code

Contact phone **775-786-7600**          Email address **norma@harrislawreno.com**

**16244 NV**
Bar number and State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 5

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Nevada

In re  **OMEGA LANDSCAPE SOLUTIONS, LLC**                                   Case No.
                                    Debtor(s)                                Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **4,000.00** |
   | Prior to the filing of this statement I have received | $ **4,000.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtor in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 17, 2023**                              **/s/ NORMA GUARIGLIA**
*Date*                                            **NORMA GUARIGLIA**
                                                  *Signature of Attorney*
                                                  **HARRIS LAW PRACTICE LLC**
                                                  **850 E. PATRIOT BLVD.**
                                                  **SUITE F**
                                                  **Reno, NV 89511**
                                                  **775-786-7600   Fax: 775-786-7764**
                                                  **norma@harrislawreno.com**
                                                  *Name of law firm*

# United States Bankruptcy Court
## District of Nevada

In re  **OMEGA LANDSCAPE SOLUTIONS, LLC**  
Debtor(s)

Case No.  
Chapter  **7**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| RICK ALLEN CLARK<br>2190 SILVERADA BLVD.<br>RENO, NV 89512 | | 100 PERCENT | MANAGING MEMBER |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **MANAGING MEMBER** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **August 17, 2023**

Signature  **/s/ RICK ALLEN CLARK**  
**RICK ALLEN CLARK**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Nevada

In re  **OMEGA LANDSCAPE SOLUTIONS, LLC**                                Case No.

                                           Debtor(s)                                Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

I, the MANAGING MEMBER of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **August 17, 2023**                                **/s/ RICK ALLEN CLARK**
                                                              **RICK ALLEN CLARK**/**MANAGING MEMBER**
                                                              Signer/Title

```
OMEGA LANDSCAPE SOLUTIONS, LLC
P.O. BOX 2203
SPARKS, NV 89432-5000

NORMA GUARIGLIA
HARRIS LAW PRACTICE LLC
850 E. PATRIOT BLVD.
SUITE F
RENO, NV 89511

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA, PA 19101-7346

NEVADA DEPARTMENT OF MOTOR VEHICLES
LEGAL DIVISION
855 WRIGHT WAY
CARSON CITY, NV 89711

NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY SECTION
555 E. WASHINGTON
STE 1300
LAS VEGAS, NV 89101

NEVADA LABOR COMMISSION
1818 E. COLLEGE DRIVE
#102
CARSON CITY, NV 89706

OFFICE OF THE UNITED STATES TRUSTEE
300 BOOTH STREET ROOM 3009
RENO, NV 89509

ADT SECURITY SERVICES
3190 S. VAUGHN WAY
AURORA, CO 80014

ALL STAR RENTS EQUIPMENT RENTAL
2525 CLAY BANK ROAD
FAIRFIELD, CA 94533

AMUR EQUIPMENT FINANCE, INC.
304 W. 3RD STREET
PO BOX 2555
GRAND ISLAND, NE 68801

CEDAR ADVANCE LLC
5401 COLLINS AVENUE CU 9A
MIAMI BEACH, FL 33140

EMPIRE RECOVERY SOLUTIONS, LLC
10 W. 37TH STREET
ROOM 602
NEW YORK, NY 10018
```

```
EVERADE GROWERS
P.O. BOX 925279
HOUSTON, TX 77292

FINANCIAL PACIFIC LEASING
3455 S. 344TH WAY
STE 300
AUBURN, WA 98001

G&G FUNDING
57 W. 57TH STREET
4TH FLOOR
NEW YORK, NY 10019

HARTMANN & ASSOC.
1311 N. MCCARRAN BLVD. #105
SPARKS, NV 89431

JW & LL INVESTMENTS ET AL.
C/O RE/MAX PREMIER PROPERTIES
5476 RENO CORPORATE DERIVE
RENO, NV 89511

LG FUNDING
1218 UNION STREET
BROOKLYN, NY 11225

MARKEL INSURANCE
P.O. BOX 650028
DALLAS, TX 75265-0028

MATLEY PARTNERS LLC
C/O GASTON & WILKERSON
4751 CAUGHLIN PARKWAY
RENO, NV 89519

NAPA AUTO PARTS
FINLEY INDUSTRIES
P.O. BOX 1560
SPARKS, NV 89432

NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY DIVISION
4600 KIETZKE LANE STE L235
RENO, NV 89502

NEVADA EMPLOYMENT SECURITY
500 E. THIRD STREET
CARSON CITY, NV 89713

NEVADA RECYCLE AND SALVAGE
Acct No 1583
1085 TELEGRAPH STREET
RENO, NV 89502-5000
```

```
NORMAN'S NURSERY
8665 DURATE ROAD
SAN GABRIEL, CA 91775

NUTRIEN AG SOLUTIONS
855 GREG STREET
SPARKS, NV 89431

OLD STONE HOUSE
1350 GEIGER GRADE ROAD
RENO, NV 89521

OUTDOOR POWER NV
4995 LONGLEY LANE
RENO, NV 89502

OXBORROW
2050 KLEPPE LANE
SPARKS, NV 89431

PHOENIX FINANCIAL GROUP
10900 DOVER ST
BROOMFIELD, CO 80021

PROMINENCE HEALTH PLANS
P.O. BOX 883396
LOS ANGELES, CA 90088

RENO ROCK TRANSPORT
P.O. BOX 61418
RENO, NV 89506

RENTAL GUYS CHICO
1720 NORD AVENUE
CHICO, CA 95926

RICK ALLEN CLARK
2190 SILVERADA BLVD.
RENO, NV 89512

RLI INSURANCE COMPANY
P.O. BOX 3961
PEORIA, IL 61612-3961

SAFETY ON SITE
316 CALIFORNIA AVENUE #300
RENO, NV 89509

SIERRA PACIFIC TURF
P.O. BOX 84
CAMPBELL, CA 95009
```

```
SMALL BUSINESS ADMINISTRATION
NEVADA DIVISION
300 SOUTH 4TH ST., STE 400
LAS VEGAS, NV 89101

STILLWATER COVE TRUST
P.O. BOX 1158
CRYSTAL BAY, NV 89402

UNIQUE FUNDING SOLUTIONS LLC
C/O LIBERMAN AND KLESTZICK, LLP
P.O. BOX 356
CEDARHURST, NY 11516

VOX FUNDING
14 E. 44TH STREET
4TH FLOOR
NEW YORK, NY 10017

WESTERN NEVADA SUPPLY NOTE
950 S. ROCK BLVD.
SPARKS, NV 89431-5922

WESTERN TURF
465 TACCHINO STREET
RENO, NV 89512

WORLD GLOBAL FUND LLC
5314 16TH AVENUE
SUITE 139
BROOKLYN, NY 11219
```

# United States Bankruptcy Court
### District of Nevada

In re **OMEGA LANDSCAPE SOLUTIONS, LLC**
Debtor(s)

Case No.
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **OMEGA LANDSCAPE SOLUTIONS, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 17, 2023**
Date

**/s/ NORMA GUARIGLIA**
**NORMA GUARIGLIA**
Signature of Attorney or Litigant
Counsel for **OMEGA LANDSCAPE SOLUTIONS, LLC**
**HARRIS LAW PRACTICE LLC**
**850 E. PATRIOT BLVD.**
**SUITE F**
**Reno, NV 89511**
**775-786-7600 Fax:775-786-7764**
**norma@harrislawreno.com**

**United States Bankruptcy Court**
**District of Nevada**

In re  **OMEGA LANDSCAPE SOLUTIONS, LLC**                                  Case No.
                                    Debtor(s)                              Chapter  **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **RICK ALLEN CLARK**, declare under penalty of perjury that I am the **MANAGING MEMBER** of **OMEGA LANDSCAPE SOLUTIONS, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **14** day of August, 20 **23** .

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **RICK ALLEN CLARK**, **MANAGING MEMBER** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **RICK ALLEN CLARK**, **MANAGING MEMBER** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **RICK ALLEN CLARK**, **MANAGING MEMBER** of this Corporation is authorized and directed to employ **NORMA GUARIGLIA**, attorney and the law firm of **HARRIS LAW PRACTICE LLC** to represent the corporation in such bankruptcy case."

Date  **August 16, 2023**                                   Signed  **/s/ RICK ALLEN CLARK**
                                                                   **RICK ALLEN CLARK**

Resolution of Board of Directors
of
**OMEGA LANDSCAPE SOLUTIONS, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **RICK ALLEN CLARK**, **MANAGING MEMBER** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **RICK ALLEN CLARK**, **MANAGING MEMBER**  of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **RICK ALLEN CLARK**, **MANAGING MEMBER** of this Corporation is authorized and directed to employ **NORMA GUARIGLIA**, attorney and the law firm of **HARRIS LAW PRACTICE LLC** to represent the corporation in such bankruptcy case.

Date  **August 16, 2023**                Signed  **/s/ Rick Allen Clark**

Date  **August 16, 2023**                Signed